GEORGE F. ALLISON, Appellant, v. HENRY F. HOLTORF, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HARRY BLACK, Respondent, v. ISIDORE GOLDSTEIN, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.; McAvoy and Proskauer, JJ., dissent.

JOHN S. KEDROVSKY, Individually and on Behalf of All Others Similarly Situated, Who May Come in and Contribute to the Expense of This Action, Respondent, v. ARCHBISHOP AND CONSISTORY OF THE RUSSIAN ORTHODOX GREEK CATHOLIC CHURCH, Alleged Corporation, and Others, Defendants, Impleaded with PLATON ROZDESTVENSKY and Another, Appellants.— Judgment, so far as appealed from, affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CHIA EISENSTEIN, Appellant, v. INDEPENDENT CHIZOVER LODGE, 650 I. O. B. A. and Another, as President of Independent Chizover Lodge, 650 I. O. B. A., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

RAYROSA REALTY CORPORATION and Others, Appellants, v. CHARLES H. PARSONS, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SAMUEL DROSHNICOP, Appellant, Respondent, v. BANCO DI ROMA, Respondent, Appellant, Impleaded with AMERICAN EXCHANGE IRVING TRUST COMPANY and Others, Defendants.— Order affirmed, without costs. No opinion. Present — Finch, Merrell, McAvoy, O'Malley and Proskauer, JJ.

SAMUEL DROSHNICOP, Respondent, v. BANCO DI ROMA, Appellant, Impleaded with Others, Defendants.— Order, so far as appealed from, affirmed, with ten dollars costs and disbursements, with leave to the defendant Banco di Roma to answer within ten days from service of order upon payment of said costs. No opinion. Present — Finch, Merrell, McAvoy, O'Malley and Proskauer, JJ.

JAMES WARD v. P. H. KEAHON, INC.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed on or before February 17, 1928, with notice of argument for March 6, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FRED W. GLASSEL v. H. C. HANDWERGER, INC., and Another.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellants' points to be filed on or before February 17, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GEORGE I. EID and Another v. LEHIGH VALLEY RAILROAD COMPANY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal and appellant's points to be filed on or before February 17, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JAMES J. CRONIN, as Administrator, etc., of JAMES CRONIN, Deceased, v. GEORGE A. BREED.— Preference granted for February 7, 1928.— Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BERNARD DORF v. THERESA CIPULLO and Others.— Motion denied with leave to apply for the relief sought to the trial justice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ROBERT G. SPARROW, Respondent, v. JACK STEIN and Others, Defendants.